1010

## V. A. MANAHAN v. COMMISSIONER OF INTERNAL REVENUE.

### No. 1630.

Circuit Court of Appeals, Tenth Circuit.

Nov. 3, 1937.

Charles H. Garnett, of Oklahoma City, Okl., for petitioner.

James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner at petitioner's costs.

## In the Matter of James E. MINER, Bankrupt.

## The MIDLAND LUMBER COMPANY, a Corporation of Monticello, Illinois, G. C. Heberling Company, a Corporation of Bloomington, Illinois, and T. W. Doss, v. B. C. MORGAN, Monticello, Platt County, Illinois, Trustee, and James E. Miner, Bankrupt.

### No. 6385.

Circuit Court of Appeals, Seventh Circuit.

Sept. 11, 1937.

W. A. Doss, of Monticello, Ill., for appellants.

N. E. Hutson, of Monticello, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, it is now here ordered, adjudged, and decreed by this court that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed, with costs.

## G. M. MASTERS v. UNITED STATES of America.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1937.

Maynard Tipps, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., of Nashville, Tenn., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that this appeal be, and same is, dismissed without docketing, pursuant to motion of appellant. Costs to be charged as constructive earnings.

Appeal dismissed without docketing.